# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TEVARIUS TEVON GREEN**  PLAINTIFF
**ADC#159626**

v.  No. 5:18-cv-42-DPM-JTK

**WENDY KELLEY, Director, ADC**  DEFENDANT

## ORDER

I recuse. Kathryn Henry is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2018