IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVARIUS GREEN                                                                                    PETITIONER

VS.                                      5:18-cv-00042 BRW-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, I approve and adopt the findings and recommendations in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of January, 2019.

                                                      /s/Billy Roy Wilson _____
                                                      UNITED STATES DISTRICT JUDGE