IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVARIUS GREEN                                                                               PETITIONER

VS.                         5:18-cv-00042 BRW-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Based on the Order entered in this case on this date, Plaintiff's petition is DISMISSED with prejudice.

IT IS SO ORDERED this 16th day of January, 2019.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE